FILED

Ricky Lee Pinzon
RDF 1139 Clintwood Ave.
La Puente, California Republic,
91744
Phone Number (626) 474-4602
Pro Per

2022 MAR 15 PM 4: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

THE UNITED STATES FEDERAL

CENTRAL   DIVISION

Ricky Lee Pinzon,(individual)    )Case No.: CV 22 - 1719 - ODW (MARx)
            Private                )
            PLAINTIFF              )DEFAMATION, COPYRIGHT, LIBEL,
                                   )
    v.                             )FALSE AND MISLEADING STATEMENTS
                                   )
MITCHELL CROOKS                    )DATE: 03-15-2022
                                   )
            DEFENDANT              )TIME:
                                   )
                                   )DEPT:   FEDERAL COURT U.S.A.
                                   )
                                   )

NOTICE OF SERVICE

    This is a notice of the Process of Civil Service by the
requirement of the Federal Service of Process. You, Mitchell Crooks
are receiving this notice because I intend to seek relief and or
injunction against you. I am sending you a request to waive service
of a summons in this action along with a copy of the complaint, two
copies of this waiver form, and a prepaid means of returning one
signed copy of the form to me at the address on the top of this
form on page 2 of this documented complaint and notice.

I,_____, agree to save the expense of serving a summons and complaint in this case.

I understand that I,_____ , will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I,_____, must file and serve an answer or a motion under Rule 12 within 60 days from ____March 10, 2022_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I,___MITCHELL CROOKS_____, fail to do so, a default judgment will be entered against me.

DEFENDANT SIGNATURE:_____DATE_____.

ADDRESS

STREET:_____CITY:_____STATE:_____.

ZIP CODE:_____PHONE:_____

EMAIL:_____

COMPLAINT

Mitchell Crooks is a resident at 1468 Aztec Way Las Vegas, Nevada 89119. This brings a diversity of citizenship because the plaintiff is a national of California Republic, and Mitchell Crooks resides in the State of Nevada.

I, Ricky Pinzon will address myself as the Administrator of the Trust. Being of sound mind and having attained the age of majority, the Administrator has reserved all rights afforded de jure.

Mitchell Crooks has filed a "COUNTER COMPLAINT" against a complaint Plaintiff filed with the social media platform "YOUTUBE" on the 8th day of March 2022, with respect to video URL LINK: http://www.youtube.com/watch?v=tp3sNrdvPFA by a channel with the given name: IN A WORLD OF HURT.

The channel name IN A WORLD OF HURT is registered to one Mitchell Crooks named herein.

Mitchell Crooks is a resident at 1468 Aztec Way Las Vegas, Nevada 89119 is the author of the counterclaim YOUTUBE notified Plaintiff Ricky Lee Pinzon by email on Mar 9, 2022, 3:22 AM to which MITCHELL

CROOKS CONSENTS TO THE FEDERAL DISTRICT COURT for the address to where the defendant resides, under the LAWS OF PERJURY.

In addressing the claim The Administrator brings notice to YOUTUBE about the channel and the channels conduct. YOUTUBE entirely ignores the claim and the defendant was allowed to file a counterclaim to the filed complaint by The Administrator.

The defendant gives the following statement under penalty of perjury on 03/08/2022:

> "Ricky Pinzon uses the copyright takedown process to dox and harass me. He spreads my phone number online. This is the 8th false copyright strike and he's lost the previous 7. He posted my address and phone online. My video was a reaction video of another work and is covered under fair use. I used a small portion of the original content and I paused to comment frequently in a way that transformed the work into my unique content. No reasonable person could watch my video and mistake if for the original. I carefully complied with all aspects of YouTube fair use guidelines. Fair Use Definition: Fair use is a doctrine in United States copyright law that allows limited use of copyrighted material without requiring permission from the rights holders, such as commentary, criticism, news reporting, research, teaching or scholarship. It provides for the legal, non-licensed citation or incorporation of copyrighted material in another author's work under a four-factor balancing test. This Video: Is going to feature quite a few of the things mentioned accompanied with the

5

mandatory commentary. Mostly with a pinch of sarcasm and a dash of satire for entertainment value and as written above, it falls under "Fair Use"...

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. mitchell crooks mitchell crooks 1468 aztec way Las Vegas, Nevada 89119United Statestimzebra1984@gmail.com(702) 886-1325"

The video URL LINK above http://www.youtube.com/watch?v=tp3sNrdvPFA is hosting, Mitchell Crooks knows the copyrighted material belongs to The Administrator. The video URL LINK to The Administrator's video is https://www.youtube.com/watch?v=WQ2B6kZbZWk .

The video that belongs to the YOUTUBE channel name Ricky Munday belongs                      to              The                    Administrator, https://www.youtube.com/watch?v=WQ2B6kZbZWk is found throughout the defendant's YOUTUBE channel in a "in a world of hurt" can be found at http://www.youtube.com/watch?v=tp3sNrdvPFA . Mitchell

Crooks claims that "no reasonable person could watch my video and mistake for the original." This claim does not appear to be a reasonable or validated claim because of fair use and the copyright of the video imaging itself because it is expressly reserved by ownership right of the account that uploaded the video to the YOUTUBE server, the account channel is "RICKY MUNDAY". The videos by default are copyright protected because of a partnership agreement with YOUTUBE to regards of offering copyrighted protection extended to YOUTUBE members whose channels are monetized.

The video in question is the exact replicated video, and Mitchell Crooks claims he often paused the video to make commentary. This is not a true or honest statement because the video plays continuous portions of my video.

The claims the defendant makes in his COUNTERCLAIM to YOUTUBE are the very actions of this defendant's conduct. The Administrator has never harassed or "doxed" Mitchell Crooks. The defendant not only repost my copyrighted intellectual creation to his channel on YOUTUBE but to several other social media accounts like "TWITTER" user name "TICKTOK" "PINTREST" and "TUMBLR" are attached to the same email account defendant acknowledges being his, timzebra1984@gmail.com.

Mitchell Crooks has several fake accounts he has created with names like: "TMFZ", "Zebra bicycle frauditing INC", "Pathetic Zebra", "Mistaken Con Man", "in a world of hurt", "Tim Zebra the bicycle frauditor" "pathetic3" "garth_nadar". These are a few of the YOUTUBE accounts.

Mitchell Crooks also has a TWITTER account named "in a world of hurt" another account "garth_nadar" whereas in a world of hurt publishes his slander and defamation including "snapped picture" of still images from Google Maps displaying an aerial view of my mailing location with the name, RICKY PINZON, The Administrator.

On 02/08/2022 5:00 PM, the defendant Mitchel Crooks as "Mistaken Conman" uploaded or scheduled a premiere for a video titled "DEAF MAN CAN'T HEAR LAWS". Then again Mitchell Crooks as Mistaken Conman uploaded or scheduled a premiere video for 02/08/2022 4:00 PM by the title "DEAF CA COPBAITER DOES A DUMB". These videos are listed as being owned by the email timzebra1984@gmail.com, which is the same email associated with defendant Mitchell Crooks and several other accounts on various social media platforms that are attached directly to that email.

The defendant, Mitchell Crooks made a slanderous false statement on the 4th day of January 2022, as "garth_nadar" on TWITTER, to an official Los Angeles Police Department TWITTER account, "have you looked into #tomzebra daniel saulmon and his chat followers? Ricky pinzon? They like to threaten cops on YouTube."

On the 20th day of August 2020, the defendant Mitchell Crooks published another statement on TWITTER from another account he owns under the email timzebra1984@gmail.com and user name "liar zebra", published quote: "Organized criminal gang leader #tomzebra aka daniel saulmon and his wigger friend #rickymunday attacks peaceful police brutality protesters and gets called out. #BlackLivesMatter #TransLivesMatter Be Aware of of this #fakeactivist #mistakenbacon in Los Angeles. #PortlandProtest." End quote.

ELEMENTS OF THE COMPLAINT

Lowery v. McBee – District Court of Appeal of Florida, Fourth District. – June 9, 2021 – 322 So.3d 110 "Libel" is a subcategory of defamation, defined as the unprivileged written publication of a false and defamatory statement. 2) A libelous statement may be either libel per se or libel per quod; the practical distinction between the two is that for libel per quod, actual malice and

special damages must be proved. The special damages are proven within the context because the defendant goes out of his way to display The Administrators mailing location on social media platforms "I hope something bad happens to you" according to one statement made by the defendant. It is obvious in the defendant's statements the intention is to damage The Administrators reputation and place The Administrators safety in danger by posting the location of The Administrator. Another obvious reason is the defendant is the one who "dox's" the plaintiff to bully and harass by making such publications.

The statements made by the defendant are made in ways that consist of direct attacks and hurtful messages sent from the defendant directly to The Administrator through email, social networking sites, instant messaging, or other forums. These messages might be anonymous or sent through fake accounts. They often target Plaintiff relentlessly.

The defendant relentlessly conducted indirect attacks or campaigns of widespread messages that hurt The Administrators reputation. The defendant Mitchell Crooks created a website or a page on a social networking site dedicated to spreading hateful messages about The

Administrator. These indirect attacks came from the other created fake accounts attached to the same emails that are attached to timzebra1981@gmailcom,garthnadar@gmail.com,mistakenbreakin2021@gmail .com  Mitchell Crooks with the intentions of wilful slander and defamation of the Plaintiff's character. Mitchell Crooks the defendant, with his repetition of publications of insults, and publishing the Plaintiffs mailing address was deliberately intended to frighten, embarrass, or otherwise harass the Plaintiff by design, directly and indirectly, this is a cyberbully.

The cyberbully can use instant messenger, e-mail, websites, diary sites, online profiles, interactive games, tablets, and cell phones to assault his or her victim. This includes directly or indirectly discriminating against a disability of another. In the case of The Administrator is hard of hearing and wears a hearing aid, and has been declared by the Social Security Administration as Permanently Disabled. The Comments made by the defendant Mitchell Crooks did imply knowledge of my disability that is found under the Americans With Disabilities Act. The defendant directly implies discrimination in videos making fun of The Administrators disability.

When the defendant created the published post on the internet by Mitchel Crooks on the 4th day of January 2022, as "garth_nadar" on TWITTER, to an official Los Angeles Police Department TWITTER account, "have you looked into #tomzebra daniel saulmon and his chat followers? Ricky pinzon? They like to threaten cops on YouTube." As relative to cyberharassment may be described in that publication seemed as less serious than cyberstalking, the outcome of such claim to Los Angeles Police Department could have resulted in serious consequences for The Administrator.

In 2011 Lewis v. Kei, 281 Va. 715, 708 S.E.2d 884.

Police officer obtained a warrant for arrest of plaintiff for attempted abduction of a 10-year-old child based upon citizen's complaint which ultimately proved to be unfounded. Based on those facts, the officer had probable cause to seek the arrest warrant, and therefore demurrer to malicious prosecution claim was properly granted. Likewise, the finding of probable cause defeats the claim for false imprisonment. The police officer, however, did make several false statements about the plaintiff relating to the facts of the matter thereby accusing him of the commission of a criminal offense constituting defamation per se. The defendant did in fact make such statements consistent with the above cite to law enforcement directly.

One unique form of cyberharassment, known as "**swatting**," deceives emergency responders into dispatching a Special Weapons and Tactics (SWAT) team to the location of the victim. While some might consider this merely a prank, swatting is actually extremely dangerous, terrorizing the victim and placing both the victim and law enforcement at risk. Laura-Kate Bernstein, Investigating and Prosecuting Swatting Crimes, UNITED STATES ATTORNEYS' BULLETIN (May 2016).

This was an indirect swatting attack by the defendant by making such a claim to the Los Angeles Police Department. Thankfully Los Angeles Police were able to reason with the credibility of such claims.

In other statements made by the defendant, Mitchell Crooks published comments and remarks claiming The Administrator Ricky Pinzon, and Daniel Saulmon, aka Tom Zebra, are "INFLUENCERS OF MASS SHOOTINGS" "HIS GANG BUDDY RICKY PINZON PLANS ON AMBUSHING COPS" and created a false report to YOUTUBE claiming The Administrator is making threats to shoot cops. Here again, it is presumed his intentions were to entice or excite law enforcement to act on his tips. In Huff v. Jennings 459 S.E.2d 886 (1995) (1) the publication of (2) a false statement (3) derogatory to plaintiff's title (4) with malice (5)

causing special damages (6) as a result of diminished value in the eyes of third parties.

The defendant is directly and indirectly by wilful intent is using another form of cyber harassment by "doxing," The Administrator. Mitchell Crooks is directly broadcasting personal, identifiable information about The Administrator on the Internet. It can expose The Administrator to an anonymous mob of attackers or wanted calls to The Administrators phone, sending them emails or giving out personal details with the purpose of deliberately placing The Administrators life in danger.

The claims the defendant makes are repugnant and repulsive. The defendant Mitchell Crooks is savvy and manipulative when it comes to social media. The defendant seeks out other people to host the replicated copyrighted work on another hosting channel. In one video in particular the defendant makes a claim The Administrator is in Colorado to break a prison inmate, Erik Brant out of prison. Mistaken Conman, to Art's Corporate Fiction.

The defendant outright admits to having several accounts that he uses to harass and "dox" The Administrator by placing my phone number online, receiving spamming emails from pornography sites,

spamming phone calls from unwanted telemarketers. Even posting a picture of The Administrators place of inhabiting presence.

The defendant claims he has made such counterclaims to my copyright notices filed as complaints with YOUTUBE in the acclaimed statement of Good Faith Doctrine. It would not be a fair assessment of another given the direct involvement on repeated attacks on the internet with the intention to cause direct or indirect consequence to The Administrator unjustly by making claims to law enforcement that would likely provoke a response from law enforcement placing their lives, and the lives of those around me, and my life as well.

Libel and Slander Distinguished. Libel includes the more permanent forms of defamatory matter; in California, it consists of a "writing, printing, picture, effigy, or other fixed representation to the eye." (Civ. Code § 45.) Slander is the more transitory form, generally restricted to oral statements and gestures. (See Civ. Code § 46.)

There have been 8 total filed complaints against the defendant with YOUTUBE. Each complaint is followed by a counter-complaint that states that the video will be reinstated unless proof of a lawsuit has been filed by the original complainant and submitted to YOUTUBE

within ten days of the notice. This policy that is in place allows for the misconduct by individuals like Mitchell Crooks to escape consequence and enable the defendant to continue the aggressive and malicious attacks against the Administrator. YouTube possesses software technology to identify algorithms of picture and audio and well has the technological means and tools to identify the video that is uploaded to compare such video publications for identities and source and source or recording and download.

To satisfy the requirements of the takedown and removal requirements set by YOUTUBE POLICY, this lawsuit has been filed or will be filed if you fail to waive the process of summons to this complaint as required by Rule 4(d) and return a copy of this waiver back to the plaintiff.

If you, Mitchell Crooks fail to return this notice with a waiver of summons to me I will file it in the proper jurisdiction and will not ask that you be served. Special prejudged stipulations will be found favorable to the judicial court with proper jurisdiction.

The Administrator intends to seek monetary relief in the sum of $75,000 and a court lien on any property or real property owned by the defendant, or in the future comes into possession a garnishment

16

should the defendant Mitchell Crooks not have the equity or collateral to cover the claims.

Further, it is demanded that the defendant remove any and all content associated with all social media platforms attached to the name Mitchell Crooks or any other direct IP address connected to the defendant.

Should the defendant continues to violate copyright requirements set by Title 17 further actions will be sought, including criminal prosecution.

The defendant's video at the URL LINK http://www.youtube.com/watch?v=tp3sNrdvPFA does not fall under the fair use act because the duration of the uploaded original video content by Plaintiff was monetized for trade on the YOUTUBE platform where advertisements are displayed for tender of payments to the plaintiff. The video itself has since the day of its creation has been placed "unlisted" and is only available for authorized viewing by the plaintiff giving exclusive permission by sending a video URL LINK to another for permission to view.

The defendant's video does not comply with the fair use act because it does not alter the fact that all the works of the video are in fact the work of the Plaintiff and as the creator of such exclusively owned images and video, The Administrator reserves the right to remove any unauthorized reproduction of such images and sound. The plaintiff mixed and matched other videos that are also owned by Daniel Saulmon to which express co-ownership is granted to The Administrator by authorization were integrated into the same video URL LINK:   http://www.youtube.com/watch?v=tp3sNrdvPFA .

By a declaration under the penalty of perjury of the laws of the United States of America, I The Administrator affirms all here in declared are true and correct.

There are 10 attachments that are to be included as evidence of such statements made by the defendant.

Ricky Lee Pinzon: _Ricky Lee Pinzon_ 03/15/2022

Date: March 10, 2022

 RDF 1139 Clintwood Ave

 La Puente, California Republic

 91477



**garth_nader**
3,224 Tweets

← **Follow**



 **LAPD HQ** ✓ @LAPDHQ · Jan 11    ···
Today we grieve the loss of a young officer who was murdered while off duty. As we mourn his tragic loss, we ask that you keep his family and partners in your thoughts and prayers.



💬 216        🔁 429        ♡ 2K        ⬆️

 **garth_nader** @garth_nader · Jan 12    ···
Have you looked into #tomzebra daniel saulmon and his chat followers? Ricky pinzon? They like to threaten cops on YouTube.

💬        🔁        ♡        ⬆️

**garth_nader** @garth_nader · Jan 11    ···
#StopAsianHateCrimes 🐻 #StopAAPIHate 🐻 #StopAsianHate 🐻 #asianlivesmatter is #tomzebra aka #danielsaulmon & #rickypinzon aka #rickymonday



## in a world of hurt
25 Tweets

**Follow**

▶ 6 views     0:46 / 2:20 🔇

💬 1      🔁      ♡ 2      ⬆

**in a world of hurt** @Inaworldofhurt0 · 10h     ⋯

Hey, #rickypinzon, I hope @Inglewood_PD doesn't find all those death threats you made from your alt accounts on that ipotato you have. Hopefully the judge keeps you deadbeat dad in there so you can be the jailhouse sovcit lawyer you always wanted to be 😂😂😂

> Los Angeles County Sheriff's Department
> Welcome to
> *Inmate Information Center*
>
> (The information was current as of: 01/15/2022 07:06 PST)
>
> VINELink: [Search For Another Inmate]    Back To The Search Result
>
> Booking No.: **6291084**   Last Name: **PINZON**   First Name: **RICKY**   Middle Name: **LEE**
>
> Sex: **M**   Race: **W**   Date Of Birth: **12/27/1981**   Age: **40**   Hair: **BRO**   Eyes: **BRO**
> Height: **506**   Weight: **190**
>
> Charge Level:
>
> **ARREST**
>
> Arrest Date: **01/15/2022**   Arrest Time: **0242**   Arrest Agency: **1933**   Agency Description:
> **INGLEWOOD PD**
>
> Date Booked: **01/15/2022**   Time Booked: **0337**   Booking Location: **1933**   Location
> Description: **PD - INGLEWOOD**
>
> **BAIL**
>
> Total Bail Amount: **0**   Total Hold Bail Amount: **0.00**   Grand Total: **0.00**
>
> **HOUSING LOCATION**
>
> Housing Location: **1933**
>
> Permanent Housing Assigned Date: **01/15/2022**   Assigned Time: **0337**
>
> Facility: **INGLEWOOD PD**
> Address:   City:
>
> Schedule A Visit
>
> *For County facility visiting hours, Please call (213) 473-6100 at Inmate Information Center.*
>
> **COURT**
>
> Next Court Code: **ING**   Next Court Date: **01/18/2022**   Next Court Time: **0830**   Next Court
> Case: **9999999999**
>
> Court Name: **INGLEWOOD MUNICIPAL COURT**
> Court Address: **ONE REGENT STREET**   Court City: **INGLEWOODUPT**
>
> **RELEASE**
>
> No information on Release Date

💬      🔁      ♡ 1      ⬆



**garth_nader** @garth_nader · 20h     ⋯

#rickypinzon arrested



## in a world of hurt
25 Tweets

**Follow**

💬 1          🔁          ♡ 3          ⬆️

**liar 🦓zebra** @LiarZebra · Jan 11
And by same 24 I mean, 24 losers who hate free speech, any criticism, any debate. Bunch of fake news report thugs. iPhone journalists who think they have the scoop but, fail constantly to provide checks and balances. What a fucking joke these clowns are. 😂

💬 1          🔁          ♡ 3          ⬆️

**in a world of hurt** @Inaworldofhurt0 · Jan 11
Try getting front page news in Vietnam. Try getting reruns on rabbit ear HD tv checks first. These sovcit clowns are reeking of jealousy. Trying to leech off something they had nothing to do with. For clout. #pathetic3



💬          🔁          ♡ 3          ⬆️

**in a world of hurt** @Inaworldofhurt0 · Jan 11
Ricky's Loveland Colorado Meltdown (Edit) youtu.be/EkllyMPqKKO via @YouTube coward files a false copyright on @LovelandPolice bodycam footage of the #sovtard #frauditor #rickypinzon arrest. #FAIL I don't watch your shit vids. They are sent to me. #copbaitingcoward



 twitter.com





 ← **garth_nader**
3,316 Tweets

**Follow**

Show this thread

 **garth_nader** @garth_nader · Feb 19    ···

#tomzebra is a Paranoid Cocaine addict who lies constantly. He also threatened to kill 25, 30 cops. @Inglewood_PD need to pat Daniel saulmon down for weapons. He's a special kind of #copbaiting COKE HEAD.

 youtube.com
zebra lies about inglewood police again
#tomzebra2022 #sovcit
#inglewoodpolicedepartmentSocials:https://twitt...

    ⟲ 2     ♡ 4     ↑

 **garth_nader** @garth_nader · Feb 18    ···

@TeamYouTube not only did he lose, he used my counter notification info to doxx me, harass my landlords, my employer and spent a month slandering and defaming me. And you did absolutely nothing to this #copbaiting YouTube channel #rickymunday ?

         ♡ 2     ↑

Show this thread

 **garth_nader** @garth_nader · Feb 18    ···

@TeamYouTube @YouTubeCreators #keepyoutubeaccountable so, I got 7 false copyright strikes from #rickypinzon aka #rickymunday and he lost all seven. Why (as your policy states) is he not striked 7 times & his bullying and harassment channel terminated?

 **Keeping It Criminal** @KIC_YT · Aug 4, 2021
Replying to @RagicalTweets @YouTube and 2 others
#PermissionToDance #Shorts What do you think @YouTube and
@YouTubeCreators ?

**Twitter is better on the app**

Never miss a Tweet. Open this in the Twitter app to get the full experience.

Not now

Switch to the app




**garth_nader**
3,316 Tweets

Follow




**garth_nader** @garth_nader · Feb 10          ···
Replying to @LACoSheriff @NFL and 3 others

#tomzebra aka daniel saulmon has said he wants to shoot 25, 30 cops and he said on YouTube Alex should be hung from a bridge. His gang buddy Ricky pinzon plans on ambushing Leo as well.



♡ 1

**garth_nader** @garth_nader · Feb 10          ···
Inferiority Complex youtu.be/JhWIWwHmMLM via @YouTube talking about YOU #tomzebra the bitch midget bicycle sovtard. Narcissistic loser with an ego. Get a job loser! Compulsive Liar daniel saulmon.



**Twitter is better on the app**

Never miss a Tweet. Open this in the Twitter app to get the full experience.

Not now

Switch to the app

11:25 ⚡ @GARTH_NADER ▮▮▮ LTE ▮

← **garth_nader**
2,712 Likes 🔍 ⋯

ts **Tweets & replies** **Media** **Likes**

#sgvnewstail **have a meltdown over who is the worst** #copwatcher **ever. I'm going with** #tomzebra **the house burglar.** youtu.be/ ACq1C_vHeJg 🔫 🐡 🔫

💬 1   ⟲   ♡ 1   ⬆

**Show this thread**

IN A WORLD OF HURT **in a world of hurt** @Ina... ·1d ⋯
Replying to @garth_nader
**Oh wow is relk one violating the restraining order against Ricky pinzon or, against his baby mamma's again? This is great! Add it to the rest!** #liarlar **Facebook doc**

💬   ⟲   ♡ 2   ⬆

MISTAKEN Break in 🐡**liar** 🔫 **zebra** @LiarZe... ·1d ⋯
Replying to @garth_nader
**free publicity from the deadbeat dads meth dealer** ➕

🏠   🔍   ⋄°°   🔔   ✉